Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
Danielle A. Stoumbos (State Bar No. 264784)
dstoumbos@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Attorneys for Individual and Representative*
*Plaintiff Lawrence Brandon*

Neil A.F. Popović (State Bar No. 132403)
npopovic@sheppardmullin.com
Lai L. Yip (State Bar No. 258029)
lyip@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendant*
*The FRS Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE BRANDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>The FRS Company, d/b/a The FRS Healthy Energy Company,<br><br>Defendant. | Case No. 11-CV-6639 (RS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING MOTION TO STRIKE BRIEFING SCHEDULE**<br><br>Honorable Richard Seeborg |

1  WHEREAS, Defendant The FRS Company, d/b/a The FRS Healthy Energy Company, ("Defendant") filed a Motion to Strike Portions of Plaintiff Lawrence Brandon's ("Plaintiff") Class Action Complaint on February 24, 2012 (Docket No. 9).

WHEREAS, due to Plaintiff's counsel's schedule and work in other matters, a brief extension of one week on the normal briefing deadlines is needed.

WHEREAS, there have been no previous modifications of the briefing schedule.

IT IS HEREBY STIPULATED AS FOLLOWS:

The Defendant's Motion To Strike will be briefed and heard pursuant to the following schedule:

February 24, 2012: Defendant filed Motion To Strike (Docket No. 9)

March 16, 2012: Last day to file an opposition to Defendant's Motion To Strike

March 29, 2012: Last day to file a reply brief in support of Defendant's Motion To Strike

April 12, 2012, 1:30 p.m.: Hearing on Defendant's Motion To Strike


DATED: February 27, 2012                Respectfully submitted,

                                        **FINKELSTEIN THOMPSON LLP**


                                        By: /s/ Rosemary M. Rivas
                                            Rosemary M. Rivas

                                        Danielle A. Stoumbos
                                        100 Bush Street, Suite 1450
                                        San Francisco, California 94104
                                        Telephone: (415) 398-8700
                                        Facsimile: (415) 398-8704

                                        *Attorney for Individual and Representative*
                                        *Plaintiff Lawrence Brandon*


DATED: February 27, 2012                **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**


                                        By: /s/ Neil A.F. Popović
                                            Neil A.F. Popović

JOINT STIPULATION AND [PROPOSED] ORDER SETTING MOTION TO STRIKE BRIEFING SCHEDULE
CASE NO. 11-CV-6639 (RS)

npopovic@sheppardmullin.com
Lai L. Yip (State Bar No. 258029)
lyip@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendant*
*The FRS Company*

## CERTIFICATION

I, Rosemary M. Rivas, am the ECF User whose identification and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER SETTING MOTION TO STRIKE BRIEFING SCHEDULE. Pursuant to General Order 45, section X.B, I attest that Neil A.F. Popović has concurred in this filing.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/28, 2012

By: /s/ Richard Seeborg
Honorable Richard Seeborg
United States District Court Judge