1    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        A Limited Liability Partnership
2        Including Professional Corporations
     NEIL A.F. POPOVIC, Cal. Bar No. 132403
3    npopovic@sheppardmullin.com
     LAI L. YIP, Cal. Bar No. 258029
4    lyip@sheppardmullin.com
     Four Embarcadero Center, 17th Floor
5    San Francisco, California  94111-4109
     Telephone:    415.434.9100
6    Facsimile:    415.434.3947

7    Attorneys for Defendant
     The FRS Company

8                       UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   LAWRENCE BRANDON, on behalf of        Case No. 3:11-cv-06639-RS
     himself and all others similarly situated,
                                            The Hon. Richard Seeborg
12                    Plaintiff,
                                            STIPULATION AND [PROPOSED]
13          v.                              ORDER TO STAY CASE PENDING
                                            SETTLEMENT DISCUSSIONS AND
14   The FRS Company, d/b/a The FRS         INFORMAL DISCOVERY, AND TO
     Healthy Energy Company,                CONTINUE CASE MANAGEMENT
15                                          CONFERENCE
                      Defendant.
16                                          [No Hearing Required]

17                                          Complaint Filed:  December 23, 2011
                                            Trial Date:       None Set
18

19

20

21

22

23

24

25

26

27

28

                                      STIPULATION AND ORDER TO STAY CASE AND
                                      CONTINUE CASE MANAGEMENT CONFERENCE

## STIPULATION

WHEREAS plaintiff Lawrence Brandon and defendant The FRS Company ("FRS") seek a stay of the case for sixty (60) days to pursue settlement discussions and exchange limited informal discovery in furtherance of those discussions;

WHEREAS the only time modifications in this case to date are:  (1) the Clerk's notice rescheduling the Case Management Conference from April 5, 2012 to April 12, 2012, after reassignment to Judge Seeborg (Dkt # 7); (2) the parties' stipulation to extend time for FRS to respond to the complaint, to February 24, 2012 (Dkt #8); and (3) the parties' stipulation to extend the briefing schedule for FRS's Motion to Strike Portions of Complaint ("Motion"), such that plaintiff's opposition would be due March 16, 2012 and FRS's reply would be due March 29, 2012 (Dkt #12); and

WHEREAS a stay of the case for sixty (60) days would only affect the schedule of the case by (1) staying the case up to and including May 21, 2012; (2) lifting the stay on May 22, 2012; (3) extending the deadline for FRS to file its reply in support of the Motion from March 29, 2012, to June 4, 2012, thirteen days after the stay is lifted; (4) continuing the hearing on the Motion from April 12, 2012, to June 21, 2012, or a subsequent date convenient to the Court; (5) continuing the Case Management Conference from April 12, 2012, to June 21, 2012, or a subsequent date convenient to the Court; and (6) extending the deadline for the parties to file their respective ADR Certifications to May 25, 2012, three days after the stay is lifted on May 22, 2012,

THEREFORE, pursuant to Local Rules 6-2, 7-12, and 16-2(e), and Judge Seeborg's Standing Order Re: Initial Case Management, the parties through their undersigned counsel stipulate, subject to the Court's approval, as follows:

(1)     the case is stayed for sixty days, up to and including May 21, 2012;

(2)     the stay will be lifted on May 22, 2012;

(3)     the deadline for FRS to file its reply in support of the Motion is extended to June 4, 2012;

1         (4)    the hearing on the Motion is continued from April 12, 2012 at 1:30

2  p.m. to June 21, 2012 at 1:30 p.m., or whatever subsequent date and time is convenient to

3  the Court;

4         (5)    the Case Management Conference is continued from April 12, 2012 at

5  10:00 a.m. to June 21, 2012 at 10:00 a.m., or whatever subsequent date and time is

6  convenient to the Court; and

7         (6)    the deadline for the parties to file their respective ADR Certifications

8  is extended to May 25, 2012.

9  Dated:  March 21, 2012

10         FINKELSTEIN THOMPSON LLP

11

12         By        */s/ Rosemary M. Rivas*

13         ROSEMARY M. RIVAS
       Attorneys for Plaintiff

14         LAWRENCE BRANDON

15  Dated:  March 21, 2012

16         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

17

18         By        */s/ Neil A.F. Popović*

19         NEIL A.F. POPOVIĆ
       Attorneys for Defendant

20         THE FRS COMPANY

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO STAY CASE AND
CONTINUE CASE MANAGEMENT CONFERENCE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATION**

I, Neil A.F. Popović, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING SETTLEMENT DISCUSSIONS AND INFORMAL DISCOVERY, AND TO CONTINUE CASE MANAGEMENT CONFERENCE.  Pursuant to General Order 45, section X.B, I attest that Rosemary M. Rivas has concurred in this filing.

Dated:  March 21, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By _____
          /s/ Neil A.F. Popović
NEIL A.F. POPOVIĆ
Attorneys for Defendant
THE FRS COMPANY

1                              [~~PROPOSED~~] ORDER

2              Having considered the Stipulation and [Proposed] Order to Stay Case

3    Pending Settlement Discussions and Informal Discovery; and to Continue Case

4    Management Conference entered into by plaintiff Lawrence Brandon and defendant The

5    FRS Company ("FRS"), and good cause appearing therefor,

6              IT IS ORDERED THAT:

7              (1)     the case is stayed for sixty days, up to and including May 21, 2012;

8              (2)     the stay will be lifted on May 22, 2012;

9              (3)     the deadline for FRS to file its reply in support of its Motion to Strike

10   Portions of Complaint ("Motion") is extended to June 4, 2012;

11             (4)     the hearing on the Motion is continued from April 12, 2012 at 1:30

12   p.m. to June 21, 2012 at 1:30 p.m.;

13             (5)     the Case Management Conference is continued from April 12, 2012 at

14   10:00 a.m. to June 21, 2012 at 10:00 a.m.; and

15             (6)     the deadline for the parties to file their respective ADR Certifications

16   is extended to May 25, 2012.

17             PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19   Dated: _3/21/12 _____         _____

20                                      Honorable Richard Seeborg
                                        United States District Judge
21

22

23

24

25

26

27

28

-4-