IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lawrence Brandon,<br><br>　　　　Plaintiffs,<br>　v.<br><br>The FRS Company, d/b/a The FRS Healthy Energy Company,<br><br>　　　　Defendants.<br>_____/ | No. C 11-06639 RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **November 26, 2012**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 29, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:   10/10/12

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE