Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
Danielle A. Stoumbos (State Bar No. 264784)
dstoumbos@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
505 Montgomery Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Attorneys for Individual and Representative Plaintiff Lawrence Brandon*

Neil A.F. Popović (State Bar No. 132403)
npopovic@sheppardmullin.com
Lai L. Yip (State Bar No. 258029)
lyip@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendant
The FRS Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE BRANDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>The FRS Company, d/b/a The FRS Healthy Energy Company,<br><br>Defendant. | Case No. 11-CV-6639 (RS)<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Honorable Richard Seeborg |

IT IS HERBY STIPULATED BY AND BETWEEN defendant The FRS Company, d/b/a The FRS Healthy Energy Company and Plaintiff Lawrence Brandon by and through his undersigned counsel of record, that Plaintiff shall dismiss, with prejudice his individual action, only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall, with respect to the class action claims and causes of action asserted in the operative complaint, agree that said claims and causes of action shall be dismissed without prejudice.

DATED: October 30, 2012                    Respectfully submitted,

**FINKELSTEIN THOMPSON LLP**

By: /s/ Rosemary M. Rivas
    Rosemary M. Rivas

Danielle A. Stoumbos
505 Montgomery Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Attorney for Individual and Representative Plaintiff Lawrence Brando*

DATED: October 30, 2012                    **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/ Neil A.F. Popović
    Neil A.F. Popović

npopovic@sheppardmullin.com
Lai L. Yip (State Bar No. 258029)
lyip@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

- 1 -

**STIP. TO DISMISS INDIVIDUAL ACTION WITH PREJUDICE**
CASE NO. 11-CV-6639 (RS)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Defendant*
*The FRS Company*